LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 17 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERNESTO DIZON a/k/a ROMEL, <br><br> Defendants. | MAGISTRATE CASE NO. 04-00021 <br><br> **ORDER** <br> re: January 25, 2006 <br> **United States' Application** <br> **to Unseal Record** |

The United State's Application to Unseal the Record, in the above captioned matter, filed January 25, 2006, is hereby granted, and this case is hereby unsealed.

**SO ORDERED** this 17th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL